*E-Filed 7/1/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL T. SCHLAICK, | No. C 14-0971 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| T. PEREZ, Warden, | |
| Respondent. | |

This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a state prisoner proceeding pro se. Petitioner has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00. His IFP application lacks a completed Certificate of Funds signed by an authorized prison officer. Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain (1) a completed Certificate of Funds signed by an authorized prison officer, **or** (2) full payment for the filing fee. Petitioner's IFP application (Docket Nos. 2 and 5) is DENIED without prejudice. The Clerk shall enter judgment in favor of respondent, terminate Docket Nos. 2 and 5, and close the file.

**IT IS SO ORDERED**.

DATED: July 1, 2014

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California